UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN D. HERRERA,                              )        Case No. CV 08-04482-AHS (DTB)
                                              )
                   Petitioner,                )        ORDER ADOPTING FINDINGS,
                                              )        CONCLUSIONS AND
        vs.                                   )        RECOMMENDATIONS OF UNITED
                                              )        STATES MAGISTRATE JUDGE
V.M. ALMAGER, Warden,                         )
                                              )
                   Respondent.                )
_____ )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and
files herein, and the Report and Recommendation of the United States Magistrate Judge.
Objections to the Report and Recommendation have been filed herein.  Having made a de
novo determination of those portions of the Report and Recommendation to which
objections have been made, the Court concurs with and adopts the findings, conclusions
and recommendations of the Magistrate LAJudge.

        IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and
dismissing this action with prejudice.

DATED:   November 19, 2009

                                              ALICEMARIE H. STOTLER
                                              _____
                                              ALICEMARIE H. STOTLER
                                              UNITED STATES DISTRICT JUDGE