JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN D. HERRERA,                    )        Case No.  CV 08-04482-AHS (DTB)
                                    )
                Petitioner,         )
                                    )
        vs.                         )        **J U D G M E N T**
                                    )
V.M. ALMAGER, Warden,               )
                                    )
                Respondent.         )
_____    )

        Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


DATED:    November 19, 2009

                                    ALICEMARIE H. STOTLER
                                    _____
                                    ALICEMARIE H. STOTLER
                                    UNITED STATES DISTRICT JUDGE